■ In the Matter of CLAIRDALE ENTERPRISES INC., Respondent, v. TAX COMMISSION OF THE CITY OF NEW YORK, Appellant.— Judgment entered June 20, 1968, reducing assessments on real property, unanimously reversed, on the law and facts, with $50 costs and disbursements to appellants, petitions dismissed and assessments reinstated. These are consolidated proceedings for the tax years 1962–63 through 1967–68. The property is located at 240 East 79th Street, Manhattan, on the south side, between Second and Third Avenues. It is improved with a 16-story, penthouse and basement fireproof building on a plot 60 feet 9 inches by 102 feet 2 inches. The property is well located, in a highly desirable area. The record shows the actual net earnings averaged in excess of $52,000 for the six-year period. The average actual net earnings resulted in a return of 9.3% on the highest assessment of $560,000. Four sales on the same block demonstrate unit lot values in excess of 130% of their assessments. A savings bank mortgage of $550,000 was placed on the property in 1963. Petitioner failed to show by substantial evidence that the assessments were excessive. Settle order on notice. Concur — Stevens, P. J., Tilzer, Markewich, Nunez and McNally, JJ.